UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      *Plaintiff*,

  *vs.*                                          Case No. 23-mj-260-RMM

CHARLES R. WALTERS,

      *Defendant.*

## NOTICE OF APPEARANCE OF PETER R. MOYERS
## AS DEFENSE COUNSEL FOR CHARLES WALTERS

TO:   Cari Franke Walsh
        DOJ-USAO
        Charles E. Whittaker Courthouse
        400 E. 9th Street, 5th Floor
        Kansas City, MO 64106
        Phone: 816-728-5776
        Fax: 816-426-3165
        Email: cari.walsh@usdoj.gov

Please take notice that the undersigned attorney hereby enters his appearance as counsel for the defendant, CHARLES R. WALTERS, in the above-referenced matter.

Dated at Madison, Wisconsin, this October 12, 2023.

                                              Respectfully submitted,

                                        *Peter R. Moyers*

                                        Peter R. Moyers
                                        Counsel for Mr. Walters

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com